# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2006

129880 & (67)

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE &
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA and UNITED BROADCASTING
NETWORK, INC.,
      Plaintiffs/Counterdefendants-
      Appellants,

v

HELEN DORSEY, PAT CHOATE, and
EDWARD A. MILLER,
      Defendants/Counterplaintiffs/Third-
      Party Plaintiffs-Appellees,
and

KAY CASEY,
      Third-Party Plaintiff-Appellee,
and

DANIEL SHERRICK, ROY WYSE, and JOYCE
FRANK,
      Third-Party Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129880
COA: 248412
Washtenaw CC: 97-008442-CB

On order of the Court, the motion for admittance *pro hac vice* is GRANTED. The application for leave to appeal the October 4, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, for the reasons stated in the partial dissent in the Court of Appeals, we REVERSE that part of the Court of Appeals opinion that granted a new trial, and REMAND this case to the Court of Appeals for consideration of the issues defendants raised in their motion for new trial that the Court of Appeals did not reach. Should the Court of Appeals affirm the circuit court's denial of defendants' motion for new trial, it shall reinstate mediation sanctions.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

_____
Clerk

s0322